**Dismiss and Opinion Filed March 31, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00153-CV

**JAMES HAMM, Appellant**
**V.**
**WALMART STORES TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-12-59**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Appellant's brief in this case is overdue. By postcard dated November 15, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

130153F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES HAMM, Appellant

No. 05-13-00153-CV          V.

WALMART STORES TEXAS, Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 1-12-59.
Opinion delivered by Justice Francis.
Justices Moseley and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WALMART STORES TEXAS recover its costs of this appeal from appellant JAMES HAMM.

Judgment entered March 31, 2014

/Molly Francis/

MOLLY FRANCIS
JUSTICE